UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
UNITED STATES OF AMERICA,

        Plaintiff,

                                                      7:19-MJ-9721(MRG)

 -against-

                                                     **SCHEDULING NOTICE**

Jessica Shock,

        Defendant.

---------------------------------------------------------x

       The Status Conference scheduled for Wednesday, October 22, 2020 at 9:00 a.m. will be held via Skype for Business.

       An invitation will be sent out to all parties concerned. Please join the conference, and mute yourself until your case is called.

Dated:  September 30, 2020
        White Plains, New York

                                                                                Lisa N. Lee
                                             Courtroom Deputy to the Hon. Martin R. Goldberg