UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

☐ ORIGINAL

---

UNITED STATES OF AMERICA,

Plaintiff,

Case No.: 19 MAG 9721 (MRG)

**ORDER OF DISMISSAL**

-against-

Jessica Shoek

Defendant.

---

Motion by the Government to dismiss is granted and the above-captioned case is hereby dismissed, on the merits with prejudice.

SO ORDERED.

_____
Hon. Martin R. Goldberg,
United States Magistrate Judge

Dated: 13th day of November, 20 20.
Poughkeepsie, New York